# Exhibit 2



**Private and Confidential**
FAO: Roblox Copyright Agent
Roblox Corporation
970 Park Place
Suite 100
San Mateo                                            **By email only: copyright_agent@roblox.com**
CA 94403

24 January 2024

Our ref:          MK7621/1400218/2/4164-4972-0142.1

<u>**NOTIFICATION PURSUANT TO THE DIGITAL MILLENNIUM COPYRIGHT ACT 1998 (DMCA)**</u>

Dear Sirs

**Our Client: Christopher Boomer**
**Re: DMCA Notification**

As you will be aware from previous correspondence, we are instructed by Mr Christopher Boomer in relation to the protection of his intellectual property rights arising from games which he has created and owns, and which are hosted on the Roblox platform.

**The purpose of this letter is to notify you of content currently active on the Roblox platform which infringes our client's copyright and to request that the content be removed pursuant to the Digital Millennium Copyright Act 1998 ('DMCA').**

Details of the infringement are set out below and we have included lists of the infringing content at **Annexes 1-3** to this letter.

<u>**Our Client's Games**</u>

Our client is the independent creator and developer of a number of original video games hosted on the Roblox platform, including but not limited to the following:

1. Weight Lifting Simulator 2: https://www.roblox.com/games/985510407/Weight-Lifting-Simulator-2

2. Weight Lifting Simulator 3: https://www.roblox.com/games/2346834658/Content-Deleted

3. Muscle Legends: https://www.roblox.com/games/3623096087/Muscle-Legends

4. Legends of Speed: https://www.roblox.com/games/3101667897/Legends-Of-Speed

5. Ninja Legends: https://www.roblox.com/games/3956818381/Ninja-Legends

We shall refer to the above games collectively herein as "the Original Games". Please note the above is not an exhaustive list of our client's games.

The Original Games are hosted by our client on two groups on Roblox:

1. Flamin' Studios™ - https://www.roblox.com/groups/2757866/Flamin-Studios#!/about

**Lewis Silkin (N.I.) LLP**          **Office details**                          **Megan Kerr**
Eighth Floor                              T  +44 (0) 28 9089 7610          T  +44 (0) 20 7074 7621
The Linenhall                            F  +44 (0) 20 7864 1200          F  + () 4 4020 7864
32-38 Linenhall Street                E  info@lewissilkin.com           E  megan.kerr@lewissilkin.com
Belfast                                       W lewissilkin.com
BT2 8BG

Lewis Silkin (N.I.) LLP is a firm of solicitors, registered as a limited liability partnership in Northern Ireland with registered number NC001663 and with its registered office at Eighth Floor, The Linenhall, 32-38 Linenhall Street, Belfast, BT2 8BG. The members of Lewis Silkin (N.I.) LLP are Ciara Fulton, Sean Francis Dempsey, Mathew Forde, Rory Campbell, Katey Dixon and Paul Andrew Gillen. Lewis Silkin (N.I.) LLP is authorised and regulated by the Law Society of Northern Ireland.



2. Scriptbloxian Studios™ - https://www.roblox.com/groups/4705120/Scriptbloxian-Studios#!/about

**Copyright**

Our client is the sole and independent creator of the artistic works in the Original Games including the game visuals and graphics including characters, animations, icons, layout, setting/surroundings, level-design, in-game objects, menus, and menu layout. Our client independently created and/or selected the graphics, frames, movements, textures, shadows and all elements of the game seen on screen. Additionally, he conceived the game "plot" and devised the gameplay including the creation of in-game goals and strategy options and conflicts (in-game problems or obstacles). The Original Games are therefore the original and creative expressive work of our client and therefore amount to copyrightable subject matter.

Our client owns all rights and privileges associated with his protected works. In particular, our client holds copyright registrations from the United States Registrar of Copyrights in respect of the Original Games as follows:

1. US Copyright Registration No.: TX 9-098-098
   Title of Work: Weight Lifting Simulator (2)
   Date of Registration: 22 March 2022
   Date of First Publication: 17 August 2017

2. US Copyright Registration No.: TX 9-098-172
   Title of Work: Weight Lifting Simulator (3)
   Date of Registration: 22 March 2022
   Date of First Publication: 12 September 2018

3. US Copyright Registration No. TX0009104854
   Title of Work: Muscle Legends
   Date of Registration: 06 April 2022
   Date of First Publication: 09 August 2019

4. US Copyright Registration No. TX 9-104-543
   Title of Work: Legends of Speed
   Date of Registration: 05 April 2022
   Date of First Publication: 22 April 2019

5. US Copyright Registration No. TX 9-104-826
   Title of Work: Ninja Legends
   Date of Registration: 06 April 2022
   Date of First Publication: 22 September 2019

Copies of our client's copyright certificates are enclosed at **Annex 4**. Our client also claims copyright in the figurative elements of his trademarks associated with the relevant games, copies of which are attached at **Annex 5**.

**Infringing Games on Roblox**

Our client has identified a number of games currently active on the Roblox platform which infringe his intellectual property rights in the Original Games as set out above (**the "Infringing Games"**).

At **Annex 1** we have set out a list of games currently active on the Roblox platform which infringe our client's copyright in Weight Lifting Simulator 2, Weight Lifting Simulator 3 and Muscle Legends. Links to the original games are provided above.

2



At **Annex 2** we have set out a list of games currently active on the Roblox platform which infringe our client's copyright in his game, Legends of Speed. A link to the Original Game is provided above.

At **Annex 3** we have set out a list of games currently active on the Roblox platform which infringe our client's copyright in his game, Ninja Legends. A link to the Original Game is provided above.

<u>**Copyright Infringement**</u>

Each of the Infringing Games listed at Annexes 1-3 infringe our client's copyright arising from the Original Games insofar as those games copy (without our client's consent) protected and distinctive constituents of our client's video games, including artwork, design aesthetic, layouts, icons, level designs, user interfaces and selection and coordination of game elements, colour and shapes. It is well established that copyright protects such expression in video games.  Such copying was not permitted by our client.

The Infringing Games listed at 3 and 4 of Annex 1 are also blatantly using our client's figurative "Weight Lifting Simulator" mark to promote the infringing game without our client's consent. Such use is also an infringement of our client's copyright subsisting in the mark.

The Infringing Games listed at 5-9,11-17,19 and 21 of Annex 1 are using our client's figurative "Muscle Legends" mark to promote the infringing game without our client's consent. Such use is also an infringement of our client's copyright subsisting in the mark.

The Infringing Games listed at Annex 2 are using our client's figurative "Legends of Speed" mark to promote the infringing game without our client's consent. Such use is also an infringement of our client's copyright subsisting in the mark.

The Infringing Games listed at Annex 3 are using our client's figurative "Ninja Legends" mark to promote the infringing game without our client's consent. Such use is also an infringement of our client's copyright subsisting in the mark.

The use of our client's marks as set out above was not authorised by our client.

<u>**Action Required**</u>

The Infringing Games are causing significant damage and loss to our client in that they are receiving significant numbers of visits (and generating significant revenues), which are being redirected from our client's games.

We trust that, in accordance with Section 512 of the DMCA and Section 6D(i) of the Roblox User Terms, the Infringing Games will be removed from the Roblox platform immediately.

We enclose a signed declaration at <u>**Annex 6**</u> confirming that our client is the copyright owner and that the use of our client's copyright for the above game has not been authorized by our client.

We trust that the enclosed information is sufficient to enable you to take the appropriate remedial action sought by our client, however should you have any further queries, please do not hesitate to contact us using the contact details provided below.

**Legal representative (UK lawyer): Mr Mathew Forde**

**Telephone: +44 (0) 28 90 897610**

**Email: mathew.forde@lewissilkin.com**

**Address: Lewis Silkin (NI) LLP, 32-38 Linenhall Street, Belfast, BT2 8BG**



Yours faithfully

*Lewis Silkin (NI)*

**Lewis Silkin (N.I.) LLP**

**Enc. Annexes 1-6**

## Weight Lifting Simulator/Muscle Legends

Using trademarked name/logo, copyrighted artwork, stolen assets/code from Muscle Legends or Weight Lifting Simulator:

1) https://www.roblox.com/games/8647149531/Get-Muscles-Simulator

2) https://www.roblox.com/games/10027282774/UPD-Lift-Weights-Simulator

3) https://www.roblox.com/games/15475489126/Weight-Lifting-Simulator-3-WLS3

4) https://www.roblox.com/games/13671677235/Weight-Lifting-Simulator-3

5) https://www.roblox.com/games/9071440232/Quests-Muscle-Legends

6) https://www.roblox.com/games/13562205945/Muscle-Legends-Ultra

7) https://www.roblox.com/games/10689236801/Muscle-legends-3

8) https://www.roblox.com/games/5724715743/Muscle-Legends-x1000-SELL-IMPORTANT-UPDATE

9) https://www.roblox.com/games/5960825588/Muscle-Legends

10) https://www.roblox.com/games/12145131706/Get-Strong-Simulator

11) https://www.roblox.com/games/11917764038/Muscle-Legends

12) https://www.roblox.com/games/15655141425/Muscle-Legends-Beta

13) https://www.roblox.com/games/5711798504/NEW-Muscle-Legends-Simulator

14) https://www.roblox.com/games/9677798650/GET-STRONG-Muscle-simulator-2

15) https://www.roblox.com/games/6550263589/MOUNTAINS-Muscle-legends

16) https://www.roblox.com/games/13816735762/Muscle-Legends-2

17) https://www.roblox.com/games/6726665155/EASTER-UPDATE-GET-STRONG-Muscle-Simulator

18) https://www.roblox.com/games/7120429637/Stick-Champions

19) https://www.roblox.com/games/3930081812/Muscle-Legends-muscle-legends

20) https://www.roblox.com/games/11431320557/NEW-YEAR-Strength-Legends-Simulator

21) https://www.roblox.com/games/13227531573/Muscle-Legends-Psz-Games

**Legends Of Speed**

Using trademarked name/logo, copyrighted artwork, stolen assets/code from Legends Of Speed:

1) https://www.roblox.com/games/36809522/Legends-Of-Speed

2) https://www.roblox.com/games/40279791/Legends-Of-Speed

## **Ninja Legends**

Using trademarked name/logo, copyrighted artwork, stolen assets/code from Ninja Legends:

1) https://www.roblox.com/games/9985637444/Ninja-Legends-Modded

2) https://www.roblox.com/games/4374296338/Ninja-Legends

3) https://www.roblox.com/games/6262547618/POWERS-Ninja-Legends-2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-098-098**

**Effective Date of Registration:**
March 22, 2022
**Registration Decision Date:**
March 23, 2022

---

## Title

**Title of Work:** Weight Lifting Simulator

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Caleb Boomer
  **Author Created:** computer program
  **Domiciled in:** United Kingdom
  **Year Born:** 2000

## Copyright Claimant

**Copyright Claimant:** Christopher Caleb Boomer
25 Cultra Avenue, Holywood, BT18 0AZ, United Kingdom

## Certification

**Name:** Sean Apple
**Date:** March 22, 2022

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## TX 9-098-172
**Effective Date of Registration:**
March 22, 2022
**Registration Decision Date:**
March 23, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Weight Lifting Simulator |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | September 12, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Christopher Caleb Boomer |
| **Author Created:** | computer program |
| **Domiciled in:** | United Kingdom |
| **Year Born:** | 2000 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Caleb Boomer |
| | 25 Cultra Avenue, Holywood, BT18 0AZ, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TX0009098098, 2022 |
| **New material included in claim:** | computer program, New and revised software code; audiovisual elements to the extent not previously registered |

## Certification

| | |
|---|---|
| **Name:** | Sean Apple |
| **Date:** | March 22, 2022 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-104-854

**Effective Date of Registration:**
April 06, 2022
**Registration Decision Date:**
April 06, 2022

---

## Title
_____

**Title of Work:**   Muscle Legends

## Completion/Publication
_____

**Year of Completion:**   2019
**Date of 1st Publication:**   August 09, 2019
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Christopher Caleb Boomer
  **Author Created:**   computer program
  **Domiciled in:**   United Kingdom
  **Year Born:**   2000

## Copyright Claimant
_____

**Copyright Claimant:**   Christopher Caleb Boomer
25 Cultra Avenue, Holywood, BT18 0AZ, United Kingdom

## Limitation of copyright claim
_____

**Material excluded from this claim:**   computer program, gems icon
**Previous registration and year:**   TX0009098172, 2022

**New material included in claim:**   computer program, New and revised software code and audiovisual elements

## Certification
_____

**Name:**   Sean Apple
**Date:**   April 06, 2022

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-104-543

**Effective Date of Registration:**
April 05, 2022
**Registration Decision Date:**
April 06, 2022

## Title

**Title of Work:** Legends Of Speed

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 22, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Caleb Boomer
  **Author Created:** computer program
  **Domiciled in:** United Kingdom
  **Year Born:** 2000

## Copyright Claimant

**Copyright Claimant:** Christopher Caleb Boomer
25 Cultra Avenue, Holywood, BT18 0AZ, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** Gems Icon

**New material included in claim:** computer program, including audiovisual elements

## Certification

**Name:** Sean Apple
**Date:** April 05, 2022

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 9-104-826**

**Effective Date of Registration:**
April 06, 2022

**Registration Decision Date:**
April 06, 2022

---

## Title
_____

**Title of Work:** Ninja Legends

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** September 22, 2019
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Christopher Caleb Boomer
  **Author Created:** computer program
  **Domiciled in:** United Kingdom
  **Year Born:** 2000

## Copyright Claimant
_____

**Copyright Claimant:** Christopher Caleb Boomer
25 Cultra Avenue, Holywood, BT18 0AZ, United Kingdom

## Certification
_____

**Name:** Sean Apple
**Date:** April 06, 2022

Skip to main content

# Intellectual Property Office

---

**Trade mark number**
UK00003658352

**Status**
Registered

---

## Overview

### Trade mark



---

## Dates

**Filing date**
21 June 2021

**Date of entry in register**
29 October 2021

**Renewal date**
21 June 2031

---

## Goods and services

### Classes and terms

**Class 9**

**Class 16**

**Class 25**

**Class 28**

**Class 41**

# Names and addresses

## Owner(s) name

**Christopher Boomer**
25 Cultra Avenue,, Holywood,, County Down,, BT18 0AZ, United Kingdom

## IPO representative name

**Lewis Silkin LLP**
5 Chancery Lane, Clifford's Inn, London, EC4A 1BL, United Kingdom

# Publications

## First advert

**Journal**
2021/034

**Date of publication**
20 August 2021

Intellectual Property Office is an operating name of the Patent Office



OPERATIONS DEPARTMENT

W304

**Statement of Grant of Protection where no notification of provisional refusal has been communicated pursuant to Rule 18ter(1) of the Regulations under the Protocol relating to the Madrid Agreement and Article 79(1) EUTMDR**

Alicante, 09/03/2022

*International registration number:* **1618439**

*Date of notification to the EUIPO:* **14/10/2021**

*Name of the holder:* **Christopher Boomer**

*Trade mark:* **WEIGHT LIFTING SIMULATOR**

The opposition period has expired without any opposition or observations by third parties being filed and the abovementioned mark is accepted for protection in the European Union.

The mark has been published pursuant to Article 190(2) EUTMR on **09/03/2022**.

Pursuant to Article 189(2) EUTMR, it shall have the same effect as the registration of a mark as a European Union trade mark.



**María del Carmen CAVADA IPIÑA**

**Generated on:** This page was generated by TSDR on 2024-01-05 15:49:57 EST

**Mark:** WEIGHT LIFTING SIMULATOR



**US Serial Number:** 79322542

**Application Filing Date:** Jun. 21, 2021

**US Registration Number:** 6951932

**Registration Date:** Jan. 17, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 17, 2023

**Publication Date:** Nov. 01, 2022

# Mark Information

**Mark Literal Elements:** WEIGHT LIFTING SIMULATOR

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of an orange man wearing gray and yellow shorts with a black and pink striped tie. The man is wearing a pink and gray brimmed hat and is lifting black weights. The man's white smiling mouth shows a yellow star at the corner. A series of black and gray weights, along with a black and gray weight lifting bench, are scattered around the yellow sand and there are eight palm trees with brown trunks and green fronds surrounding the area just inside of a blue fence. The words WEIGHT LIFTING SIMULATOR appear stacked on top of one another with the term WEIGHT in green, LIFTING in yellow and SIMULATOR in orange with pink at the top and red at the bottom.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) orange, white, pink, brown, black, grey, red, yellow, blue and green is/are claimed as a feature of the mark.

**Disclaimer:** "WEIGHT LIFTING SIMULATOR"

**Design Search Code(s):** 02.01.26 - Men, mechanical men, robots; Robots (men)
05.01.03 - Palm trees
05.01.10 - More than one tree or bush; thicket; group of trees; Thicket
05.13.03 - Grasses
07.11.09 - Brick walls; Fences (including barbed wire and chain link); Garden equipment, fencing; Gates; Walls
09.03.15 - Bow ties; Neckties; Ties, neckties or bow ties
09.05.10 - Men's narrow-brimmed hats, including fedoras and derbies
21.03.07 - Barbell sets; Dumbbells; Exercise bicycles; Exercise machines; Exercise weights; Handgrips, exercise; Rowing machines; Weight lifting machines; Weights, exercise; Kettle bells

# Related Properties Information

**International Registration Number:** 1618439

**International Registration Date:** Jun. 21, 2021

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable computer game software; Downloadable video game software; Downloadable computer game programmes; Downloadable electronic game programs; Downloadable virtual reality game software; Downloadable interactive video game programs; Downloadable computer game software for use on mobile and cellular phones; downloadable electronic publications in the nature of strategy guides, books, comics and magazines in the field of computer games; game headphones; headsets for virtual reality games; earphones; game cameras; cameras; battery chargers; USB chargers for batteries; microphones; computer bags; audio books in the field of computer games; audio books in the nature of novels; downloadable MP3 files and MP3 recordings, downloadable webcasts, webinars and podcasts, audio books and downloadable audio recordings featuring news all in the field of computer games; non-fiction audio books on a variety of topics; audio and video recordings about computer games; downloadable photographs; consumer coupons downloaded from a global computer network; downloadable films and television programs featuring action, adventure, fantasy, drama, documentary, comedy, crime, mystery, horror, science fiction, thriller and romance provided via a video-on-demand service; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting action, adventure, fantasy, drama, documentary, comedy, crime, mystery, horror, science fiction, thriller and romance films and televisions programs

**International Class(es):** 009 - Primary Class                   **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 66(a)

**For:** Sticker books; stickers; printed picture books; sketch books; printed coupon books; printed coupons; printed voucher books; printed note books; printed coloring books; scrap books; printed story books; printed address books; printed children's pop-up books; printed children's activity books; series of printed computer game hint books; printed computer game strategy guides; series of printed fiction and non-fiction books on a variety of topics; series of printed books in the field of computer games; printed materials, namely, written articles in the field of computer games; printed graphic novels; printed manga graphic novels; printed comics; pencils; pens; photographic prints; printed photographs; paint boxes for use in schools and brushes sold as a unit; printed posters; paintings; paintbrushes; collectible printed trading cards; stationery; printed calendars

**International Class(es):** 016 - Primary Class                   **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**Basis:** 66(a)

**For:** Clothing, namely, T-shirts, shirts, vests, tank tops, jackets, sweaters, jumpers, suits, pants, jeans, shorts, socks, hats, skirts, dresses, lingerie, hosiery, stockings, brassieres and panties; footwear; shoes; athletic shoes; tennis shoes; slippers; sandals; headwear; hats; caps being headwear; visors being headwear

**International Class(es):** 025 - Primary Class                   **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 66(a)

**For:** Action figure toys; dolls; fantasy character toys; stuffed toys; pet toys; toy models; talking toys; game cards; game controllers for computer games; role playing games; action skill games; arcade games; action target games; party games; parlor games; card games; dice games; board games; chess games; checkers games; dart games; building games; memory games; video game consoles; video game machines; arcade video game machines; bags specially adapted for video game consoles; computer gaming consoles for recreational game playing; joysticks for video game machines; trading cards for games

**International Class(es):** 028 - Primary Class                   **U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**Basis:** 66(a)

**For:** Film and video film production; multimedia entertainment services in the nature of recording, production and post-production services in the fields of music, video, and films; audio recording and production; providing on-line computer games; providing information on-line relating to computer games and computer enhancements for games; entertainment services, namely, conducting contests; entertainment in the nature of computer game tournaments; presenting live cosplay entertainment events; organizing and arranging exhibitions for entertainment purposes

**International Class(es):** 041 - Primary Class                   **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 66(a)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | Yes |
| **Filed 66A:** | Yes | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Christopher Boomer |
| **Owner Address:** | 25 Cultra Avenue, Holywood<br>County Down BT18 0AZ<br>UNITED KINGDOM |
| **Legal Entity Type:** | INDIVIDUAL      **Citizenship:**   UNITED KINGDOM |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Usha Menon | **Docket Number:** | FRK-CHBO006T |
| **Attorney Primary Email Address:** | umenon@dmiplaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Usha Menon<br>D'AMBROSIO & MENON PLLC<br>3 SUGAR CREEK CENTER BLVD.<br>SUITE 100<br>SUGAR LAND, TEXAS UNITED STATES 77478 |
| **Phone:** | 832-886-6845 |
| **Correspondent e-mail:** | ipteam@lewissilkin.com info@dmiplaw.com umenon@dmiplaw.com     **Correspondent e-mail Authorized:**   Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 10, 2023 | NEW REPRESENTATIVE AT IB RECEIVED | |
| May 23, 2023 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| May 01, 2023 | FINAL DISPOSITION NOTICE SENT TO IB | |
| May 01, 2023 | FINAL DISPOSITION PROCESSED | |
| Apr. 17, 2023 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Feb. 02, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 02, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 02, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 17, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 17, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 12, 2022 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Nov. 01, 2022 | NOTIFICATION PROCESSED BY IB | |
| Nov. 01, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 01, 2022 | PUBLISHED FOR OPPOSITION | |
| Oct. 12, 2022 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Oct. 12, 2022 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Oct. 12, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 24, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 21, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 20, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 20, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 11, 2022 | REFUSAL PROCESSED BY IB | |
| Mar. 23, 2022 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Mar. 23, 2022 | REFUSAL PROCESSED BY MPU | |

| | |
|---|---|
| Mar. 21, 2022 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Mar. 20, 2022 | NON-FINAL ACTION WRITTEN |
| Mar. 11, 2022 | ASSIGNED TO EXAMINER |
| Oct. 23, 2021 | APPLICATION FILING RECEIPT MAILED |
| Oct. 19, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Oct. 14, 2021 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1618439 | **International Registration Date:** | Jun. 21, 2021 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Jun. 21, 2021 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Oct. 14, 2021 |
| **Notification of Designation Date:** | Oct. 14, 2021 | **Date of Automatic Protection:** | Apr. 14, 2023 |
| **International Registration Renewal Date:** | Jun. 21, 2031 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Jan. 17, 2023 |

Skip to main content

# Intellectual Property Office

**Trade mark number**
UK00003658335

**Status**
Registered

## Overview

### Trade mark

Muscle Legends

### Dates

**Filing date**
21 June 2021

**Date of entry in register**
29 October 2021

**Renewal date**
21 June 2031

## Goods and services

### Classes and terms

**Class 9**

**Class 16**

**Class 25**

**Class 28**

# Names and addresses

## Owner(s) name

**Christopher Boomer**
25 Cultra Avenue,, Holywood,, County Down,, BT18 0AZ, United Kingdom

## IPO representative name

**Lewis Silkin LLP**
5 Chancery Lane, Clifford's Inn, London, EC4A 1BL, United Kingdom

# Publications

## First advert

**Journal**
2021/034

**Date of publication**
20 August 2021

Intellectual Property Office is an operating name of the Patent Office



OPERATIONS DEPARTMENT

W304

**Statement of Grant of Protection where no notification of provisional refusal has been communicated pursuant to Rule 18ter(1) of the Regulations under the Protocol relating to the Madrid Agreement and Article 79(1) EUTMDR**

Alicante, 03/03/2022

| | |
|---|---|
| *International registration number:* | **1618438** |
| *Date of notification to the EUIPO:* | **14/10/2021** |
| *Name of the holder:* | **Christopher Boomer** |
| *Trade mark:* | **Muscle Legends** |

The opposition period has expired without any opposition or observations by third parties being filed and the abovementioned mark is accepted for protection in the European Union.

The mark has been published pursuant to Article 190(2) EUTMR on **03/03/2022**.

Pursuant to Article 189(2) EUTMR, it shall have the same effect as the registration of a mark as a European Union trade mark.



**María del Carmen CAVADA IPIÑA**

Skip to main content

# Intellectual Property Office

**Trade mark number**
**UK00003658345**

**Status**
Registered

---

## Overview

### Trade mark

Legends Of Speed

---

## Dates

**Filing date**
21 June 2021

**Date of entry in register**
26 November 2021

**Renewal date**
21 June 2031

---

## Goods and services

### Classes and terms

**Class 9**

**Class 16**

**Class 25**

**Class 28**

**Class 41**

# Names and addresses

## Owner(s) name

**Christopher Boomer**
25 Cultra Avenue,, Holywood,, County Down,, BT18 0AZ, United Kingdom

## IPO representative name

**Lewis Silkin LLP**
5 Chancery Lane, Clifford's Inn, London, EC4A 1BL, United Kingdom

# Publications

## First advert

**Journal**
2021/038

**Date of publication**
17 September 2021

Intellectual Property Office is an operating name of the Patent Office



OPERATIONS DEPARTMENT

W304

**Statement of Grant of Protection where no notification of provisional refusal has been communicated pursuant to Rule 18ter(1) of the Regulations under the Protocol relating to the Madrid Agreement and Article 79(1) EUTMDR**

Alicante, 03/03/2022

| | |
|---|---|
| *International registration number:* | **1618442** |
| *Date of notification to the EUIPO:* | **14/10/2021** |
| *Name of the holder:* | **Christopher Boomer** |
| *Trade mark:* | **Legends Of Speed** |

The opposition period has expired without any opposition or observations by third parties being filed and the abovementioned mark is accepted for protection in the European Union.

The mark has been published pursuant to Article 190(2) EUTMR on **03/03/2022**.

Pursuant to Article 189(2) EUTMR, it shall have the same effect as the registration of a mark as a European Union trade mark.



**María del Carmen CAVADA IPIÑA**

Skip to main content

# Intellectual Property Office

---

**Trade mark number**
UK00003658320

**Status**
Registered

---

## Overview

### Trade mark

---

Ninja Legends

---

## Dates

**Filing date**
21 June 2021

**Date of entry in register**
26 November 2021

**Renewal date**
21 June 2031

---

## Goods and services

### Classes and terms

---

### Class 9

---

### Class 16

---

### Class 25

---

### Class 28

---

**Class 41**

# Names and addresses

## Owner(s) name

**Christopher Boomer**
25 Cultra Avenue,, Holywood,, County Down,, BT18 0AZ, United Kingdom

## IPO representative name

**Lewis Silkin LLP**
5 Chancery Lane, Clifford's Inn, London, EC4A 1BL, United Kingdom

# Publications

## First advert

**Journal**
2021/038

**Date of publication**
17 September 2021

Intellectual Property Office is an operating name of the Patent Office



OPERATIONS DEPARTMENT

W304

**Statement of Grant of Protection where no notification of provisional refusal has been communicated pursuant to Rule 18ter(1) of the Regulations under the Protocol relating to the Madrid Agreement and Article 79(1) EUTMDR**

Alicante, 03/03/2022

| | |
|---|---|
| *International registration number:* | **1618436** |
| *Date of notification to the EUIPO:* | **14/10/2021** |
| *Name of the holder:* | **Christopher Boomer** |
| *Trade mark:* | **Ninja Legends** |

The opposition period has expired without any opposition or observations by third parties being filed and the abovementioned mark is accepted for protection in the European Union.

The mark has been published pursuant to Article 190(2) EUTMR on **03/03/2022**.

Pursuant to Article 189(2) EUTMR, it shall have the same effect as the registration of a mark as a European Union trade mark.



**María del Carmen CAVADA IPIÑA**

**Notice of Copyright Infringement Pursuant to the Digital Millennium Copyright Act 1998 ("DMCA")**

1. I, Mathew Forde, Lawyer and Partner at Lewis Silkin (N.I) LLP, confirm that this firm is instructed by Mr Christopher Boomer of 25 Cultra Avenue, Holywood, Northern Ireland, BT18 0AZ and is duly authorized to act on his behalf in respect of the matters more specifically set out in Lewis Silkin's letter dated 24 January 2024 ('**Our Letter'**). This declaration should be read in conjunction with Our Letter and the attachments therein.

2. I am instructed by our client that the content at the following web addresses is the original content and creation of my client and as such, the material therein, including the artwork, imagery, text, gameplay, software, and coding, attracts copyright protection pursuant to the DMCA for the purposes of which my client is the copyright owner:

   https://www.roblox.com/games/985510407/Weight-Lifting-Simulator-2

   https://www.roblox.com/games/2346834658/Weight-Lifting-Simulator-3

   https://www.roblox.com/games/3623096087/Muscle-Legends

   https://www.roblox.com/games/3101667897/Legends-Of-Speed

   https://www.roblox.com/games/3956818381/Ninja-Legends

3. I am instructed by my client that the Infringing Games as defined in Our Letter (and listed at Annexes 1-3 to Our Letter) are currently live on the Roblox platform and that those games contain material which infringes our client's copyright in the original games set out at paragraph 2 above.

4. I confirm that I have a good faith belief that the Infringing Games use my client's copyrighted material as set out at paragraph 2 above and that such use is not authorized by my client, his agents or the law.

5. I confirm, under penalty of perjury, that I am instructed to act on behalf of the copyright owner.

6. I confirm that the information provided in this notice is accurate.


Signed:

Dated: 24 January 2022